```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
DENISE VALENTIN,                            :
                              Plaintiff,    :
                                            :      18 Civ. 1154 (LGS)
            -against-                       :
                                            :      ORDER
NANCY A. BERRYHILL,                         :
                              Defendant.    :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

It is **ORDERED** that the motion for attorney's fees at Dkt. No. 26 is GRANTED. It is further

**ORDERED** that, by **April 3, 2020**, Plaintiff shall file a motion to seal the motion and supporting documents filed under seal at Dkt. Nos. 26, 27 and 28 pursuant to this Court's Individual Rules or the filings will be unsealed.

Dated: March 30, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**